UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ABSA BANK LIMITED,                                                   :
                                        Plaintiff,                  :
                                                                    :
                                                                    :
            -against-                                               : 07 Civ. 7782 (LAP)
                                                                    :
                                                                    :
H-N CUSTOM REVENUE & ELECTRONIC                                     :
EXPORTS, INC.,                                                      :
                                        Defendant.                  : **AFFIDAVIT OF SERVICE**
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                    :
                                                                    :
                                                                    x

UNITED STATES DISTRICT COURT         )
                                     :     ss.:
SOUTHERN DISTRICT OF NEW YORK    )

          The undersigned, being duly sworn, deposes and says, I am not a party to this
action, I am over the age of 18 years and reside in the State of New York.  That on the 4th day of
September, 2007, I caused to be served a true copy of the **(1) Complaint, filed August 31, 2007;
(2) Memorandum of Law in Support of Petitioner's Application for an Order of
Attachment and Temporary Restraining Order, filed August 31, 2007; (3) Declaration of
Michael R. Hepworth in Support of Application for Order of Attachment, filed August 31,
2007; (4) Order to Show Cause and Temporary Restraining Order dated August 31, 2007;
and (5) Order dated August 31, 2007** upon Defendant, H-N Custom Revenue & Electronic
Exports, Inc., by Federal Express overnight delivery at the following address:

                    H-N Custom Revenue & Electronic Exports, Inc.
                              5903 NW 57th Court
                                Apartment D205
                              Tamarac, FL 33319

                                                    _____
                                                            Anne E. Hardcastle

Sworn to before me this
5th day of September, 2007

_____
Notary Public
        MARCUS L. GRIFFIN
Notary Public, State Of New York
        No. 01GR5062272
   Qualified in New York County
Commission Expires June 24, 2010