UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
ABSA BANK LIMITED,                              :
                         Plaintiff,  :
                                     :
        -against-                       :   07 Civ. 7782 (LAP)
                                     :
H-N CUSTOM REVENUE & ELECTRONIC                 :
EXPORTS, INC.,                                  :   **AFFIDAVIT OF SERVICE**
                         Defendant. :
------------------------------------------------- :
                                     :
                                     x

UNITED STATES DISTRICT COURT   )
                                           :  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

       The undersigned, being duly sworn, deposes and says, I am not a party to this action, I am over the age of 18 years and reside in the State of New York. That on the 7th day of September, 2007, I caused to be served a true copy of the attached **Endorsed Order dated September 6, 2007** upon Defendant, H-N Custom Revenue & Electronic Exports, Inc., by Federal Express overnight delivery at the following address:

                H-N Custom Revenue & Electronic Exports, Inc.
                          5903 NW 57th Court
                            Apartment D205
                            Tamarac, FL 33319

                                                                  Anne E. Hardcastle

Sworn to before me this
10th day of September, 2007

_____
Notary Public

        MARCUS L. GRIFFIN
   Notary Public, State Of New York
         No. 01GR5062272
    Qualified in New York County
  Commission Expires June 24, 2010