UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABSA BANK LIMITED,

                    Plaintiff,

-against-                    07 Civ. 7782 (LAP)

H-N CUSTOM REVENUE & ELECTRONIC
EXPORTS, INC.,                    **AFFIDAVIT OF SERVICE**

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES DISTRICT COURT   )
                                      : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      The undersigned, being duly sworn, deposes and says, I am not a party to this action, I am over the age of 18 years and reside in the State of New York. That on the 13th day of September, 2007, I caused to be served a true copy of the **Notice of Voluntary Dismissal dated September 13, 2007** upon Defendant, H-N Custom Revenue & Electronic Exports, Inc., by Federal Express overnight delivery at the following address:

                H-N Custom Revenue & Electronic Exports, Inc.
                5903 NW 57th Court
                Apartment D205
                Tamarac, FL 33319

                                                    _____
                                                    Anne E. Hardcastle

Sworn to before me this
13th day of September, 2007

_____
Notary Public

      MARCUS L. GRIFFIN
   Notary Publc, State Of New York
       No. 01GR5062272
    Qualified in New York County
  Commission Expires June 24, 2010