UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABSA BANK LIMITED,

                                Plaintiff,

-against-

H-N CUSTOM REVENUE & ELECTRONIC
EXPORTS, INC.,

                                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

07 Civ. 7782 (LAP)

NOTICE OF VOLUNTARY
DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Absa Bank Limited hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         September 13, 2007

DLA PIPER US LLP

By: _____
Stanley McDermott III (SM 0530)
Michael R. Hepworth (MH 2398)
Camilo Cardozo (CC 9710)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

*Attorneys for Plaintiff Absa Bank Limited*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.
September 14, 2007

SO ORDERED:

_____
U.S.D.J.